UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00965-SSS-KES | Date | April 22, 2025 |
|---|---|---|---|
| Title | Yostin Sleiker Gutierrez-Contreras v. Warden, et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REQUIRING RESPONSE TO HABEAS PETITION AND PETITION FOR TEMPORARY RESTRAINING ORDER BY APRIL 24 AT NOON**

The Court is in receipt of Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody and Petition for Temporary Restraining Order as to Notice Prior to Any Removal Under the Alien Enemies Act ("TRO"). [Dkt. 1, 6]. Any Opposition to the Temporary Restraining Order must be filed by **April 24, 2025, at noon** in accordance with the requirement set in Appendix C of the Local Rules. C.D. Cal. R. Appendix C.

In addition, the Court sets the TRO for a hearing on **April 25, 2025, at 10am**. [Dkt. 6]. All parties are required to attend the hearing in person and U.S. Immigration and Customs Enforcement is **DIRECTED** to transport Petitioner Yostin Sleiker Gutierrez-Contreras to the courtroom and ensure his presence at the hearing.

**IT IS SO ORDERED.**