# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00965-SSS-KES | Date | April 30, 2025 |
| Title | Yostin Sleiker Gutierrez-Contreras v. Warden, et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING *EX PARTE* APPLICATION FOR APPOINTMENT OF COUNSEL [DKT. 13]**

On April 29, 2025, Petitioner Yostin Sleiker Gutierrez-Contreras filed an Ex Parte Application for Appointment of Counsel ("Application"). [Dkt. 13]. The Application is unopposed. The Court finds that Petitioner will be irreparably prejudiced if he is not appointed counsel in his case due to his limited ability to speak fluent English, limited access to resources in confinement, and the complicated factual and legal issues Mr. Gutierrez-Contreras cannot effectively present to the Court without assistance of counsel. Accordingly, the Application is **GRANTED**.[1] [Dkt. 13].

**IT IS SO ORDERED.**

---

[1] The Court reminds Petitioner of the importance of articulating the *ex parte* standard in any future application at the risk of denial. *See* C.D. Cal. R. 7-19.