# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00965-SSS-KES | Date | May 21, 2025 |
|---|---|---|---|

| Title | *Yostin Sleiker Gutierrez-Contreras v. Warden, et al.* |
|---|---|

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REQUESTING BRIEFING SCHEDULE**

The parties are hereby **DIRECTED** to meet and confer to provide the Court with a briefing schedule by **June 6, 2025**.

**IT IS SO ORDERED.**