# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| YOSTIN SLEIKER GUTIERREZ-CONTRERAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, DESERT VIEW ANNEX, ANDRE QUINOES, ICE FIELD OFFICE DIRECTOR; TODD M. LYONS, ACTING DIRECTOR OF ICE; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL; DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, in their official capacities.<br><br>　　　　Respondent(s). | Case No. 5:25-CV-00965-SSS-(KESx)<br><br>**ORDER CONTINUING DEADLINE FOR BRIEFING SCHEDULE** |

　　GOOD CAUSE APPEARING, this Court hereby continues the deadline for the parties to submit a proposed briefing schedule to August 7, 2025. The parties shall also submit by that date a status report regarding Petitioner's immigration court proceedings.

DATED: July 9, 2025

　　　　　　　　　　　　　　　　　　HONORABLE SUNSHINE S. SYKES
　　　　　　　　　　　　　　　　　　United States District Judge