**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| YOSTIN SLEIKER GUTIERREZ-CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, DESERT VIEW ANNEX, ANDRE QUINOES, ICE FIELD OFFICE DIRECTOR; TODD M. LYONS, ACTING DIRECTOR OF ICE; KRISTI NOEM, SECRETARY OF HOMELAND SECURITY; PAM BONDI, ATTORNEY GENERAL; DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, in their official capacities.<br><br>Respondent(s). | Case No. 5:25-cv-00965-SSS-KES<br><br>**ORDER CONTINUING DEADLINE FOR BRIEFING SCHEDULE** |

GOOD CAUSE APPEARING, this Court hereby continues the deadline for the parties to submit a proposed briefing schedule to October 6, 2025. The parties shall also submit by that date a status report regarding Petitioner's immigration court proceedings.

DATED: August 11, 2025

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge